UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **22-20001-CR-ALTONAGA**

UNITED STATES OF AMERICA

v.

PAOLA SOTO,

                 **Defendant.** /

## JOINT MOTION TO CONTINUE SURRENDER DATE

The United States hereby files this Joint Motion To Continue the Surrender Date in this matter and in support thereof would show:

1. Defendant entered a plea on February 3, 2022, to the three counts of the Information filed against her, related to the smuggling of merchandise into the United States which contained protected species of wildlife. D.E.-1, 8, 9. the United States.

2. At the request of the parties, surrender was set by this Honorable Court for July 15, 2022. The extended period was predicated on the cooperation of defendant with an on-going investigation into related conduct by others who were located outside the United States.

3. On July 7, 2022, authorities in Colombia took multiple individuals into custody for conduct related to the charges against defendant herein. Extradition of those individuals to the United States is now being pursued, but even if expedited are expected to take some time. The charges against those defendants, although originally under seal in *United States v. Gzuniga, LTD, et al.*, Case no. 22-20170-CR-SCOLA were unsealed by Court order on July 7, 2022.

4. In order to facilitate the further cooperation of defendant with the United States,

it is respectfully requested that this Honorable Court continue the presently established surrender date for a period of 45 days, at which time the status of the defendants in the companion case should be established and a schedule for proceeding available.

5. Throughout the period of the investigation, from at least as early as December 2019, defendant was aware of the government's interest in her activities and has throughout the intervening period complied fully with all conditions of bond and pre-trial release. She remains enlarged on bond at this time and in the view of the government poses no risk of flight. Accordingly, it is requested that she remain on the same conditions of release as currently in force through a new surrender date of Monday, August 29, 2022.

6. Counsel for defendant has authorized undersigned counsel o represent that the defendant joins in this Motion and the relief requested herein.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

Date: 07/08/2022     By: _____
Thomas A. Watts-FitzGerald
Assistant United States Attorney