UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.    22-20001-CR-ALTONAGA

UNITED STATES OF AMERICA

vs.

PAOLO SOTO,

                 Defendant.         /

## MOTION FOR REDUCTION OF SENTENCE

The United States of America, through undersigned counsel, hereby move this Honorable Court pursuant to Rule 35(b), Fed. R. Crim. Pro., to reduce the sentence previously imposed upon the captioned defendant on April 12, 2022 [D.E.-20] and in support thereof would show:

The defendant pled guilty to Counts 1 through 3 of the Information filed against her, detailing a conspiracy and multiple counts related to the smuggling of goods into the United States.[D.E.-8 (Plea Agreement); 9 (Joint Factual Statement). Thereafter, this Honorable Court imposed a term of imprisonment on each count, to run concurrently, of 31 months. D.E.-20 ¶ 7.

On July 7, 2022, authorities in Colombia took multiple individuals into custody for conduct related to the charges against defendant herein. Extradition of those individuals to the United States is now being pursued. Government counsel learned recently that the President of Colombia has endorsed the extradition of defendant/coconspirator, Nancy Gonzalez. Although there is no strict timetable, experience with Colombia suggests that Nancy Gonzalez is likely to arrive in the Southern District of Florida no sooner than approximately 45 to 60 days. The

1

charges against those defendants, although originally under seal in *United States v. Gzuniga, LTD, et al.*, Case no. 22-20170-CR-SCOLA were unsealed by Court order on July 7, 2022.

Defendant Paolo Soto's original surrender date was extended by Joint Motion of the parties to August 29, 2022, allow for her anticipated testimonial cooperation against the defendants in the *Gzuniga* case. While defendant Soto had been debriefed concerning that matter, the true values of her cooperation and assistance was always anticipated to be as an active witness in the matter.

Although the extradition process has taken far longer than hoped or anticipated, the United States is filing now to toll the jurisdictional time limit in Rule 35(b), to insure defendant Soto is not denied the eventual benefit of the anticipated assistance.

Accordingly, the United States requests that this matter be taken under advisement by the Court and set for a status hearing in approximately 45 to 60 days, at which time it is likely better information regarding the arrival of the defendants and the appropriate timing of a re-sentencing hearing can be addressed. Defendant will have served approximately 10 months of her term of incarceration.

### Rule 88.9 Certification

Undersigned counsel has conferred with counsel for the defendant, who has advised that defendant supports a reduction in sentence as requested herein and is in agreement with the schedule suggested by the United States, subject to the parties returning to the Court sooner if circumstances warrant.

### Conclusion

Based upon the foregoing, the United States respectfully requests the Court set this matter

for a status hearing and take the matter of a reduction in sentence pursuant to Fed. R. Crim. P.

under advisement pending the results of the proceeding and any subsequent hearing.

                                             Respectfully submitted,

                                             MARKENZY LAPOINTE
                                             UNITED STATES ATTORNEY

                                    By:   Thomas A. Watts-FitzGerald
                                            Assistant United States Attorney
                                            Florida Bar No.   0273538
                                            99 Northeast 4th Street
                                            Miami, Florida 33132-2111
                                            Tel: (305) 961- 9413
                                            Thomas.watts-fitzgerald@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 11, 2023, I electronically filed the foregoing document with

the Clerk of the Court using CM/ECF.

                                              /s/   T. Watts-FitzGerald
                                             Assistant United States Attorney